UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| KAREN ELAINE CARPENTER | ) | |
| | ) | |
| v. | ) | NO. 2:09-CV-140 |
| | ) | |
| CITY OF BEAN STATION, TENNESSEE, | ) | |
| *ET AL.* | ) | |

## **REPORT AND RECOMMENDATION**

The police officer defendants, Andy and Ben Dossett, have filed a motion for summary judgment. (Doc. 22). The district judge referred that motion to the magistrate judge for his recommendation regarding the appropriate disposition.[1]

Reference is made to the Memorandum filed as Document 70, which is incorporated into this report and recommendation. For the reasons stated in that Memorandum, it is respectfully recommended that this court grant defendants' motion only to the extent that plaintiff's claim based on the Fourteenth Amendment be dismissed; with the exception of the foregoing, it is recommended that defendants' motion be denied. (Doc. 22).[2]

Respectfully submitted,

                                                   s/ Dennis H. Inman
                                      United States Magistrate Judge

---

[1] *See*, Order, Doc. 53.

[2] Any objections to this report and recommendation must be filed within fourteen (14) days of its service or further appeal will be waived. 28 U.S.C. § 636(b)(1)(B) and (C). *United States v. Walters*, 638 F.2d 947-950 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985).