IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| KAREN ELAINE CARPENTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:09-CV-140 |
| | ) |
| THE CITY OF BEAN STATION, | ) |
| TENNESSEE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the objections of defendants Andy Dossett and Ben Dossett to the report and recommendation and the memorandum opinion incorporated therein of United States Magistrate Judge Dennis Inman [doc. 79] are **OVERRULED**. The report and recommendation [doc. 73] and the memorandum opinion incorporated therein [doc. 70] are **ACCEPTED**. It is **ORDERED**, for the reasons stated in this court's contemporaneously filed memorandum opinion, as well as in the report and recommendation and memorandum opinion of the magistrate judge, which the court incorporates into its ruling, that the motion for summary judgment filed by defendants Andy Dossett and Ben Dossett [doc. 22] is **GRANTED IN PART and DENIED IN PART**.

The motion is **GRANTED** to the extent that plaintiff's claim based on the Fourteenth Amendment is **DISMISSED**. The motion is **DENIED** in all other respects.

**IT IS SO ORDERED**.

ENTER:

        s/ Leon Jordan
United States District Judge